PATRICK DOUGHERTY, RESPONDENT, v. ANTHONY P. MILLER, INCORPORATED, APPELLANT.

Argued Otcober 20, 1936—Decided January 22, 1937.

For the respondent, *H. Albert Hyett.*

For the appellant, *Bolte & Miller.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Bodine, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Cole, JJ.   11.

*For reversal*—None.